

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2021

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC,**
Appellant

v.

Ronnie **NUNN,** individually and as the trustee for the 9707 Discovery Land Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file its reply brief is GRANTED. Appellant's reply brief is due on or before **June 1, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court